UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGED FADEL SHAFIK ABDELMALEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 23-01643 (UNA) |
| ) | |
| ) | |
| U.S. GOVERNMENT, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of Plaintiff's *pro se* Complaint and application for leave to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint. *See* 28 U.S.C. § 1915(e)(2)(B)(i) (requiring immediate dismissal of a frivolous action).

Plaintiff is a Clearwater, Florida, resident who has sued the United States. He alleges that the government "is working on a new project to control the brains, so they can order anyone to do exact actions," and that it has conducted human tests on people from his community church. Compl., ECF No. 1 at 2. The remaining allegations are equally baffling. *See id*. at 3-5.

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" may be dismissed as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). The instant complaint satisfies this standard and therefore is dismissed. A separate order accompanies this Memorandum Opinion.

DATE: July 7, 2023

TREVOR N. McFADDEN
United States District Judge